# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID EUGENE CLARK,** | ) | |
| | ) | |
| **Movant,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 4:18-CV-8021-VEH** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |
| | ) | |
| | ) | |

---

## FINAL JUDGMENT ORDER

In accordance with the Memorandum Opinion issued contemporaneously herewith, Mr. Clark's request for a hearing is hereby **DENIED**; the Court hereby **DISMISSES** Mr. Clark's Petition. The Clerk of Court is **DIRECTED** to close this case and to term the motion pending in the underlying criminal action. If Mr. Clark appeals this decision, he is not entitled to a Certificate of Appealability.

**DONE** and **ORDERED** this the 26th day of July, 2018.

**VIRGINIA EMERSON HOPKINS**
United States District Judge